# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FOUAD DAOU, | ) | 2:11-CV-01385-PMP-GWF |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| RIAD "RICK" ABELSON, *et al.*, | ) | |
| Defendants. | ) | |

Before the Court for consideration is Plaintiff's Motion to Amend/Correct Complaint (Doc. #33) filed January 5, 2012.  No opposition has been filed to Plaintiff Daou's Motion and the time to do so has expired.  Therefore, Defendants consent to the granting of Plaintiff Daou's Motion.

**IT IS THEREFORE ORDERED** that Plaintiff Daou's Motion to Amend Complaint/Correct Complaint (Doc. #33 is **GRANTED**.

DATED:   February 6, 2012.

_____
PHILIP M. PRO
United States District Judge