VARRICCHIO LAW FIRM
PHILIP T. VARRICCHIO, ESQ.
Nevada Bar No. 1087
3000 W. Charleston Boulevard, #3
Las Vegas, NV  89102
Telephone:   702-724-8300
Facsimile:    702-259-8646
Email:          ptvesq@gmail.com
Attorneys for Defendants/Counterclaimants/
Third-Party Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FOUAD DAOU, an individual,<br><br>              Plaintiff,<br>vs.<br><br>RIAD ("RICK") ABELSON, an individual; RICK A. ABELSON, managing member of DECATUR & ELDORADO PLAZA, LLC, a Nevada limited liability company; RICK A. ABELSON managing member of PLUTO 2DR, LLC, a Nevada limited liability company; RICK A. ABELSON, managing member of VENUS 2DR, LLC; SOURAYA I. ABELSON, an individual; NAJWAS ABAZAKI, an individual; MAYSOUN FLETCHER, an individual; AKRAM H. ABOLHOSEN, an individual; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>             Defendants. | Case No.  2:11-cv-01385-PMP-GWF<br><br>**SUBSTITUTION OF ATTORNEY** |
| RIAD ("RICK") ABELSON, an individual; AKRAM H. ABOLHOSEN, an individual,<br><br>             Counterclaimants,<br>vs.<br>FOUAD DAJOU, an individual,<br><br>             Counterdefendant. | |
| RIAD ("RICK") ABELSON, an individual; AKRAM H. ABOLHOSEN, an individual,<br><br>             Third-Party Plaintiffs,<br>vs.<br>DONIA F. ABI RAFEH DAOU, an individual, and ZIAD ("ZEE") DAOU7, an individual,<br><br>             Third-Party Defendants. | |

## SUBSTITUTION OF ATTORNEY

Defendant/Counterclaimant/Third-Party Plaintiff RIAD ("RICK") ABELSON, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this __10__ day of April, 2012

_____
RIAD ("RICK") ABELSON
3000 W. Charleston, #3
Las Vegas, NV  89102

Defendant RICK ABELSON, as managing member of DECATUR & ELDORADO PLAZA, LLC, PLUTO 2DR, LLC, and VENUS 2DR, LLC, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this __10__ day of April, 2012

_____
RICK ABELSON
3000 W. Charleston, #3
Las Vegas, NV  89102

Defendant/Counterclaimant/Third-Party Plaintiff RIAD ("RICK") ABELSON, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this __10__ day of April, 2012

_____
RIAD ("RICK") ABELSON
3000 W. Charleston, #3
Las Vegas, NV  89102

. . .

1  Defendant SOURAYA I. ABELSON, an individual, hereby substitutes VARRICCHIO LAW
2  FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R.
3  ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 10th day of April, 2012

_____
SOURAYA I. ABELSON
3000 W. Charleston, #3
Las Vegas, NV 89102

9  Defendant NAJWA ABAZAKI, an individual, hereby substitutes VARRICCHIO LAW
10 FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R.
11 ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this _____ day of April, 2012

_____
NAJWA ABAZAKI
_____
_____

17 Defendant MAYSOUN FLETCHER, an individual, hereby substitutes VARRICCHIO LAW
18 FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R.
19 ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 11th day of April, 2012

_____
MAYSOUN FLETCHER
3000 W. Charleston, #3
Las Vegas, NV 89102

24 . . .
25 . . .
26 . . .
27 . . .
28

**VARRICCHIO LAW FIRM**
3000 W. CHARLESTON BOULEVARD, #3
LAS VEGAS, NEVADA 89102
Telephone: (702) 724-8300  Facsimile: (702) 259-9646

1     Defendant SOURAYA I. ABELSON, an individual, hereby substitutes VARRICCHIO LAW
2 FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R.
3 ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.
4     Dated this _____ day of April, 2012

5

6                                SOURAYA I. ABELSON

7

8

9     Defendant NAJWA ABAZAKI, an individual, hereby substitutes VARRICCHIO LAW
10 FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R.
11 ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.
12     Dated this 10th day of April, 2012

13

14                                NAJWA ABAZAKI
15                                3000 W. Charleston, #3
                               Las Vegas, NV  89102
16

17     Defendant MAYSOUN FLETCHER, an individual, hereby substitutes VARRICCHIO LAW
18 FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R.
19 ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.
20     Dated this _____ day of April, 2012

21

22                                MAYSOUN FLETCHER

23

24 . . .

25 . . .

26 . . .

27 . . .

28

*[Left margin: VARRICCHIO LAW FIRM, 3000 W. CHARLESTON BOULEVARD, #3, LAS VEGAS, NEVADA 89102, Telephone: (702) 724-8300, Facsimile: (702) 259-8646]*

Defendant/Counterclaimant/Third Party Plaintiff, AKRAM H. ABOLHOSEN, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 11 day of April, 2012

AKRAM H. ABOLHOSEN
3000 W. Charleston, #3
Las Vegas, NV 89102

JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON, attorneys of record for all Defendants, Counterclaimants, and Third-Party Plaintiffs herein, hereby agrees to the substitution of VARRICCHIO LAW FIRM in place and stead as attorneys for all Defendants, Counterclaimants, and Third-Party Plaintiffs herein in the above-referenced matter.

Dated this 13 day of April, 2012.

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

By_____
Jeffrey R. Albregts, Esq. (Bar #0066)
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101

VARRICCHIO LAW FIRM, hereby agrees to the substitution in place and stead of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON, as attorney of record for all Defendants, Counterclaimants, and Third-Party Plaintiffs herein in the above-referenced matter.

Dated this 12th day of April, 2012.

VARRICCHIO LAW FIRM

By_____
Philip T. Varricchio, Esq. (Bar #1087)
3000 W. Charleston Boulevard, #3
Las Vegas, NV 89102

**CERTIFICATE OF MAILING**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Varricchio Law Firm, and that on April 13, 2012, I deposited for mailing at Las Vegas, Nevada, a true copy of the foregoing document, entitled **Substitution of Attorneys**, addressed as follows:

> Donald H. Williams
> Williams & Associates
> 612 S. Tenth Street
> Las Vegas, NV 89101
> Attorney for Fouad Daou

/s/ Gail Mahoney
An Employee of Varricchio Law Firm

IT IS SO ORDERED.

/s/ George Foley Jr.
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

DATED: April 16, 2012