VARRICCHIO LAW FIRM
PHILIP T. VARRICCHIO, ESQ.
Nevada Bar No. 1087
3000 W. Charleston Boulevard, #3
Las Vegas, NV 89102
Telephone: 702-724-8300
Facsimile: 702-259-8646
Email: ptvesq@gmail.com
Attorneys for Defendants/Counterclaimants/
Third-Party Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FOUAD DAOU, an individual,

Plaintiff,

vs.

RIAD ("RICK") ABELSON, an individual; RICK A. ABELSON, managing member of DECATUR & ELDORADO PLAZA, LLC, a Nevada limited liability company; RICK A. ABELSON managing member of PLUTO 2DR, LLC, a Nevada limited liability company; RICK A. ABELSON, managing member of VENUS 2DR, LLC; SOURAYA I. ABELSON, an individual; NAJWAS ABAZAKI, an individual; MAYSOUN FLETCHER, an individual; AKRAM H. ABOLHOSEN, an individual; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

RIAD ("RICK") ABELSON, an individual; AKRAM H. ABOLHOSEN, an individual,

Counterclaimants,

vs.

FOUAD DAJOU, an individual,

Counterdefendant.

RIAD ("RICK") ABELSON, an individual; AKRAM H. ABOLHOSEN, an individual,

Third-Party Plaintiffs,

vs.

DONIA F. ABI RAFEH DAOU, an individual, and ZIAD ("ZEE") DAOU7, an individual,

Third-Party Defendants.

Case No. 2:11-cv-01385-PMP-GWF

**SUBSTITUTION OF ATTORNEY**

VARRICCHIO LAW FIRM
3000 W. CHARLESTON BOULEVARD, #3
LAS VEGAS, NEVADA 89102
Telephone: (702) 724-8300 Facsimile: (702) 259-8646

**SUBSTITUTION OF ATTORNEY**

Defendant/Counterclaimant/Third-Party Plaintiff RIAD ("RICK") ABELSON, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 10 day of April, 2012

RIAD ("RICK") ABELSON
~~3000 W. Charleston, #3~~
~~Las Vegas, NV 89102~~

Defendant RICK ABELSON, as managing member of DECATUR & ELDORADO PLAZA, LLC, PLUTO 2DR, LLC, and VENUS 2DR, LLC, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 10 day of April, 2012

RICK ABELSON
3000 W. Charleston, #3
Las Vegas, NV 89102

Defendant/Counterclaimant/Third-Party Plaintiff RIAD ("RICK") ABELSON, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 10 day of April, 2012

RIAD ("RICK") ABELSON
3000 W. Charleston, #3
Las Vegas, NV 89102

. . .

VARRICCHIO LAW FIRM
3000 W. CHARLESTON BOULEVARD, #3
LAS VEGAS, NEVADA 89102
Telephone: (702) 724-8300 Facsimile: (702) 259-8646

Defendant SOURAYA I. ABELSON, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 10th day of April, 2012

SOURAYA I. ABELSON
3000 W. Charleston, #3
Las Vegas, NV 89102

Defendant NAJWA ABAZAKI, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this _____ day of April, 2012

NAJWA ABAZAKI

Defendant MAYSOUN FLETCHER, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 11th day of April, 2012

MAYSOUN FLETCHER
3000 W. Charleston, #3
Las Vegas, NV 89102

. . .

. . .

. . .

. . .

VARRICCHIO LAW FIRM
3000 W. CHARLESTON BOULEVARD, #3
LAS VEGAS, NEVADA 89102
Telephone: (702) 724-8300 Facsimile: (702) 259-8646

Defendant SOURAYA I. ABELSON, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this _____ day of April, 2012

SOURAYA I. ABELSON

Defendant NAJWA ABAZAKI, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 10th day of April, 2012

NAJWA ABAZAKI
3000 W. Charleston, #3
Las Vegas NV 89102

Defendant MAYSOUN FLETCHER, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this _____ day of April, 2012

MAYSOUN FLETCHER

. . .

. . .

. . .

. . .

VARRICCHIO LAW FIRM
3000 W. CHARLESTON BOULEVARD, #3
LAS VEGAS, NEVADA 89102
Telephone: (702) 724-8300 Facsimile: (702) 259-8646

Defendant/Counterclaimant/Third Party Plaintiff, AKRAM H. ABOLHOSEN, an individual, hereby substitutes VARRICCHIO LAW FIRM as attorneys in the above-referenced matter in the place and stead of JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON.

Dated this 11 day of April, 2012

AKRAM H. ABOLHOSEN
3000 W. Charleston, #3
Las Vegas, NV 89102

JEFFREY R. ALBREGTS, ESQ., of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON, attorneys of record for all Defendants, Counterclaimants, and Third-Party Plaintiffs herein, hereby agrees to the substitution of VARRICCHIO LAW FIRM in place and stead as attorneys for all Defendants, Counterclaimants, and Third-Party Plaintiffs herein in the above-referenced matter.

Dated this 13 day of April, 2012.

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

By______________________
Jeffrey R. Albregts, Esq. (Bar #0066)
400 S. Fourth Street, Third Floor
Las Vegas, NV 89101

VARRICCHIO LAW FIRM, hereby agrees to the substitution in place and stead of SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON, as attorney of record for all Defendants, Counterclaimants, and Third-Party Plaintiffs herein in the above-referenced matter.

Dated this 12th day of April, 2012.

VARRICCHIO LAW FIRM

By______________________
Philip T. Varricchio, Esq. (Bar #1087)
3000 W. Charleston Boulevard, #3
Las Vegas, NV 89102

VARRICCHIO LAW FIRM
3000 W. CHARLESTON BOULEVARD, #3
LAS VEGAS, NEVADA 89102
Telephone: (702) 724-8300 Facsimile: (702) 259-8646

VARRICCHIO LAW FIRM
3000 W. CHARLESTON BOULEVARD, #3
LAS VEGAS, NEVADA 89102
Telephone: (702) 724-8300 Facsimile: (702) 259-8646

**CERTIFICATE OF MAILING**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Varricchio Law Firm, and that on April 13, 2012, I deposited for mailing at Las Vegas, Nevada, a true copy of the foregoing document, entitled **Substitution of Attorneys**, addressed as follows:

Donald H. Williams
Williams & Associates
612 S. Tenth Street
Las Vegas, NV 89101
Attorney for Fouad Daou

[signature]
An Employee of Varricchio Law Firm

**IT IS SO ORDERED.**

[signature]
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED: April 16, 2012**