UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FOUAD DAOU, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01385-PMP-GWF |
| vs. | ) **ORDER** |
| RIAD ("RICK") ABELSON, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Allow the Depositions of Fouad Daou and Donia D. Abi Rafeh Daou to be Taken Telephonically (#66), filed August 27, 2012; Defendants' Opposition to Plaintiff's Motion (#71), filed October 5, 2012; and Plaintiff's Reply to Opposition (#72), filed October 15, 2012.  The Court conducted a hearing in this matter on October 25, 2012.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion to Allow the Depositions of Fouad Daou and Donia D. Abi Rafeh Daou to be Taken Telephonically (#66) is **granted** in part and **denied** in part. Plaintiff Fouad Daou deposition is to be taken in Las Vegas, Nevada.  Third Party Defendant Donia F. Abi Rafeh Daou's deposition is to be taken telephonically or in the country in which she resides.

DATED this 25th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge