UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FOUAD DAOU, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> RIAD ("RICK") ABELSON, et al. ) <br> ) <br> Defendant(s). ) <br> ) | Case # 2:11-CV-1385-PMP-GWF <br><br> ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

    This case is currently stacked on the Trial Calendar of **Tuesday, March 18, 2014,** for a Jury Trial.

    **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley, Jr.** for a settlement conference.

    DATED this 19th day of August, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE