UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FOUAD DAOU, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs ) | Case # 2:11-CV-1385-PMP-GWF |
| ) | |
| RIAD ("RICK") ABELSON, et al. ) | ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |
| ) | |
| Defendant(s). ) | |

This case is currently stacked on the Trial Calendar of **Tuesday, March 18, 2014,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley, Jr.** for a settlement conference.

DATED this 19th day of August, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE