1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

* * *

10

FOUAD DAOU,

11
                              Plaintiff,                    2:11-CV-01385-PMP-GWF
12
        v.
13
RICK A. ABELSON, SOURYA
14  ABELSON, NAJWA ABAZAKI,                                 ORDER
    MAYSOUN FLETCHER, and AKRAM H.
15  ABOLHOSEN,
16                            Defendants.
17
    AND ALL RELATED
18  COUNTERCLAIMS AND THIRD
    PARTY CLAIMS
19

20          The Court having resolved the pending motions to dismiss and for summary

21  judgment, the following claims remain pending:

22          • Plaintiff Fouad Daou's claims against Defendant Sourya Abelson;

23          • Defendants/Counterclaimants Riad Abelson and Akram Abolhosen's

24  counterclaims against Plaintiff/Counterdefendant Fouad Daou; and

25          • Defendants/Third Party Plaintiffs Riad Abelson and Akram Abolhosen's third

26  party claims against Third Party Defendants Donia Daou and Ziad Daou.

IT IS ORDERED that the parties shall meet and confer, and shall file a joint status report on or before April 7, 2014, advising the Court whether the parties intend to try the remaining claims, whether the parties intend to seek relief regarding the remaining claims via dispositive motions, or whether the remaining claims have otherwise been resolved.

DATED:  March 9, 2014

_____
PHILIP M. PRO
United States District Judge