UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FOUAD DAOU,<br><br>        Plaintiff,<br><br>v.<br><br>RICK A. ABELSON, SOURYA ABELSON, NAJWA ABAZAKI, MAYSOUN FLETCHER, and AKRAM H. ABOLHOSEN,<br><br>        Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | 2:11-CV-01385-PMP-GWF<br><br>ORDER |

The Court having resolved the pending motions to dismiss and for summary judgment, the following claims remain pending:

- Plaintiff Fouad Daou's claims against Defendant Sourya Abelson;
- Defendants/Counterclaimants Riad Abelson and Akram Abolhosen's counterclaims against Plaintiff/Counterdefendant Fouad Daou; and
- Defendants/Third Party Plaintiffs Riad Abelson and Akram Abolhosen's third party claims against Third Party Defendants Donia Daou and Ziad Daou.

1        IT IS ORDERED that the parties shall meet and confer, and shall file a joint
2  status report on or before April 7, 2014, advising the Court whether the parties intend to try
3  the remaining claims, whether the parties intend to seek relief regarding the remaining
4  claims via dispositive motions, or whether the remaining claims have otherwise been
5  resolved.

7  DATED:  March 9, 2014

_____
PHILIP M. PRO
United States District Judge