UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FOUAD DAOU,<br><br>       Plaintiff,<br><br>v.<br><br>RICK A. ABELSON, SOURYA ABELSON, NAJWA ABAZAKI, MAYSOUN FLETCHER, and AKRAM H. ABOLHOSEN,<br><br>       Defendants.<br><br>AND ALL RELATED COUNTERCLAIMS AND THIRD PARTY CLAIMS | 2:11-CV-01385-PMP-GWF<br><br>ORDER |

The Court previously ordered the parties to file a joint status report advising the Court regarding the status of the remaining claims in this case. (Order (Doc. #121).) The parties filed a Joint Interim Status Report (Doc. #125), advising the Court that some of the parties may wish to conduct further discovery, file further motions, or move the trial date. Pursuant to the Scheduling Order (Doc. #83), discovery has closed and the deadline to file dispositive motions has passed. Any party seeking relief from these deadlines must file a motion on or before April 18, 2014 for the Court's consideration.

       IT IS SO ORDERED.

DATED: April 8, 2014

_____
PHILIP M. PRO
United States District Judge