SAO
DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
WILLIAMS & ASSOCIATES
612 South Tenth Street
Las Vegas, Nevada 89101
*Attorney for Fouad Daou, Ziad Daou and Donia D. Abi Rafeh Daou*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FOUAD DAOU, an individual<br><br>Plaintiff(s),<br><br>vs.<br><br>RIAD ("RICK") ABELSON, an individual; RICK A. ABELSON, managing member of DECATUR & ELDORADO PLAZA, LLC, a Nevada limited liability company; RICK A. ABELSON managing member of PLUTO 2DR, LLC, a Nevada limited liability company; RICK A. ABELSON, managing member of VENUS 2DR, LLC, a Nevada limited liability company; SOURYA ABELSON, an individual; NAJWAS ABAZAKI, an individual; MAYSOUN FLETCHER, an individual; AKRAM H. ABOLHOSEN, an individual; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive<br><br>Defendant(s). | CASE NO.: 2:11-cv-01385-PMP-GWF<br><br>STIPULATION AND ORDER FOR DISMISSAL |
| AND ALL RELATED CLAIMS. | |

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above action be dismissed with prejudice. Said dismissal includes all counterclaims and third party claims.

1

Counterclaimants hereby stipulate to a dismissal of their claims against Counter-Defendants with prejudice. Third Party Plaintiff likewise dismiss, with prejudice, any and all claims against Third Party Defendants. All parties represent that the conditions set forth in the previous Stipulation, filed as document 157 in this case, have been met to the parties' satisfaction.

All parties shall pay their own attorney's fees and costs.

THE FOREGOING IS HEREBY STIPULATED AND AGREED.

DATED this 12th day of February, 2015.

WILLIAMS & ASSOCIATES

_____
DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
612 South Tenth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED this 12th day of February, 2015.

VARRICCHIO LAW FIRM

_____
PHILIP T. VARRICCHIO, ESQ.
Nevada Bar No. 1987
3000 W. Charleston, Suite 3
Las Vegas, Nevada 89102
*Attorney for Riad Abol-hosen, Akran Abol-hosen, Souraya Abol-hosen, Najwa Abazaki, and Maysoun Fletcher*

**IT SO ORDERED .**

**DATED ths <u>12th</u> day of February, 2015.**

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

2